In the Matter of JAMES V. TOSCANO, JR., an attorney at law.

Argued November 23, 1953.

For the order: *Mr. James A. Major.*
For the respondent: *Mr. Walter H. Jones.*

November 30, 1953. Name of respondent stricken from the roll of attorneys at law. See 13 *N. J.* 418.

In the Matter of LEONARD G. MURY, an attorney at law.

Argued January 4, 1954.

For the order: *Mr. Frederick C. Vonhof.*

January 4, 1954. Name of respondent stricken from the roll of attorneys at law.